IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CR359 |
| vs. | |
| JOSEPH A. GUERRA, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for a copy of his Docket Sheet, Indictment and Plea Agreement (Filing No. 33), and to waive the fees associated with the costs of the copies. The Court sentenced the defendant on June 17, 2016 (Filing Nos. 26 and 29), and the time to file an appeal has expired. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion.

**IT IS ORDERED**:

1.      That the defendant's Motion for Copies (Filing No. 33) is denied.

2.      The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

3.      The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

Dated this 15th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge